DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WESLEY DORCELUS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2081

[November 10, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 06-192064CF10A.

Wesley Dorcelus, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Tomlinson v. State,* 589 So. 2d 362 (Fla. 2d DCA 1991); *Hayes v. State,* 362 So. 2d 1016 (Fla. 1st DCA 1978).

DAMOORGIAN, FORST, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***